UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donald R. Visser,

    Plaintiff,

v.

Caribbean Cruise Line, Inc., et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:13-cv-1029

### ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

This matter is before the Court on defendants' motion for enlargement of the time to file reply brief (ECF No. 12). Defendants seek a 10-day extension of the deadline in which to file a reply brief in support of their pending motions to dismiss. In a supplement to the motion, the defendants represent that the plaintiff does not oppose the extension (ECF No. 14). Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that defendants' motion for enlargement of the time to file reply brief (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for defendants to file a reply brief is extended to **November 22, 2013**.

Date:  November 14, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge