UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:13-cv-1029 Judge Maloney | December 15, 2014 | 9:30 AM - 11:30 AM | Grand Rapids, MI | Phillip J. Green |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Donald R. Visser, et al | Caribbean Cruise Line, Inc. |

**APPEARANCES**

| Plaintiff: | Defendant: |
|---|---|
| Rebecca Baker and Donovan Visser | Jeffrey Backman |
| | |

**WITNESSES**

| | P D | | P D |
|---|---|---|---|
| | P D | | P D |
| | P D | | P D |

**PROCEEDINGS**

**NATURE OF HEARING:** Hearing on motions: [45] Motion to Compel; [47] Motion for Discovery; [50] First Motion for Disclosure; [53] Motion to Compel; [61] Second Motion for extension of time; and [63] Motion for Protective Order; Order(s) to issue

Recorded: Digital        Deputy Clerk: D. Hand