UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD R. VISSER, ET AL,

    Plaintiffs,

v.

CARIBBEAN CRUISE LINE, INC.,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:13-cv-01029-PLM

## ORDER

This matter is before the Court on several motions for which the Court held hearings on May 8, 2015, and June 1, 2015. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the Court hereby issues the following rulings:

1. Plaintiffs' motion to for leave to file a third amended complaint (Dkt. 100) is **GRANTED**. The Clerk is directed to file the Third Amended Complaint (Class Action) (Dkt. 100-1) on the record.

2. Plaintiffs' motion to extend time for filing their motion for class certification (Dkt. 100) is **GRANTED.** The deadline is extended to **ninety days** from the date of this Order.

3. Defendants' motion to strike plaintiffs' expert report, or in the alternative to extend time to serve expert reports (Dkt. 95) is **DENIED in part** and **GRANTED in part**. Accordingly, plaintiffs shall serve on defendants a supplemental expert report, which

complies with the requirements of Federal Rule of Civil Procedure 26(a)(2)(B), **within 45 days** of the date of this Order. Defendants shall serve on plaintiffs a rebuttal expert report, if any, within **thirty days** of receipt of plaintiffs' report. **SO ORDERED**.

Date: June 2, 2015                                        /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge